## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MENITES, INC., D/B/A THEO'S BAR AND GRILLE, THEODORE KALATHAS, AND MOSCA KALATHAS,

           Petitioners

        v.

WHTM ABC27 NEWS, MEDIA GENERAL, INC., JAMES CRUMMEL, AMANDA ST.HILAIRE,

           Respondents

:  No. 760 MAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.